**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamie L. Hitchens                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-15178 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Dec 2020, 13:53:58, EST

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322