**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamie L. Hitchens                  CHAPTER 13

                Debtor(s)

                                                  BKY. NO. 18-15178 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                Respectfully submitted,

                                   /s/ Rebecca Solarz
                                   Rebecca Solarz
                                   18 Nov 2021, 15:10:28, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322