United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15178-pmm |
| Jamie L. Hitchens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 07, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Hitchens, 420 Shearer Street, North Wales, PA 19454-3316 |
| 14570516 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14177292 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14177300 | + | Keith H. Hitchens, 420 Shearer Street, North Wales, PA 19454-3316 |
| 14651108 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14208996 | + | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 14187178 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, Atty for Bank of America, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2023 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14177295 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2023 23:43:00 | Bank of America Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14213642 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2023 23:43:00 | Bank of America, N.A., Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 14202309 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 00:03:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14213175 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 00:02:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14177297 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 00:02:28 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14177298 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2023 23:43:00 | Comenity Capital/HSN, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14177299 | | Email/Text: mrdiscen@discover.com | Sep 07 2023 23:43:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14181566 | | Email/Text: mrdiscen@discover.com | Sep 07 2023 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14177294 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 07 2023 23:43:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14177296 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2023 00:03:10 | Chase/Bank One Card Service, P.O. Box 15298, Wilmington, DE 19850 |
| 14177301 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

|  |  | Sep 07 2023 23:43:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14257547 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 00:03:12 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14667244 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 07 2023 23:43:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14209608 | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2023 23:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14177302 | + Email/PDF: SoFiBKNotifications@resurgent.com | Sep 08 2023 00:02:44 | SoFi Lending Corporation, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 14209533 | + Email/PDF: ebn_ais@aisinfo.com | Sep 08 2023 00:02:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14177293 | *+ | Jamie L. Hitchens, 420 Shearer Street, North Wales, PA 19454-3316 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Jamie L. Hitchens spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |

District/off: 0313-2                              User: admin                                                    Page 3 of 3

Date Rcvd: Sep 07, 2023                           Form ID: 138OBJ                                          Total Noticed: 25

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                        on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
                        on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jamie L. Hitchens

           Debtor(s)
                                      Case No: 18−15178−pmm

                                        Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/7/23

42 − 41
Form 138OBJ